UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.  
CLERK OF COURT  
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

July 25, 2007

Clerk of Courts  
Warren County Courthouse  
37th Judicial District  
Warren PA 16365

Re: Brown v. McCullough

Civil Action No. 01-185 Erie

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.  
CLERK OF COURT

By: _____  
Debra L. Maye  
Deputy Clerk

Enclosures